IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISMAEL BARRON and NORMA BARRON,<br><br>    Defendants. | Case No. 2:22-cv-00361-TLN-AC<br><br>**ORDER GRANTING THE UNITED STATES OF AMERICA'S EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS** |

//

//

1  Upon the ex parte motion of the United States of America, and for good cause shown, it is
2  hereby ORDERED that the United States is hereby granted a 90-day extension of time, or until
3  August 23, 2022, to serve process on Defendants.

5  Dated: May 24, 2022

_____
Troy L. Nunley
United States District Judge