1

2

3

4

5

6

7

8

9

10        IN THE UNITED STATES DISTRICT COURT FOR THE
          EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,          )
                                        )    Case No. 2:22-cv-00361-TLN-AC
13            Plaintiff,                 )
                                        )    **ORDER GRANTING THE UNITED**
14            v.                         )    **STATES OF AMERICA'S EX**
                                        )    **PARTE MOTION FOR**
15   ISMAEL BARRON and ISMAEL BARRON     )    **EXTENSION OF TIME TO SERVE**
     AS THE PERSONAL REPRESENTATIVE OF   )    **PROCESS ON DEFENDANTS**
16   THE ESTATE OF NORMA BARRON,         )
     DECEASED,                           )
17                                        )
              Defendants.                 )
18   _____)

19

20   //

21

22   //

23

1

1    Upon the ex parte motion of the United States, and for good cause shown, it is hereby

2  ORDERED that the United States is hereby granted a 45 day extension of time, or until October

3  7, 2022, to serve process on Defendants.

4

5  Dated:  August 19, 2022

6                                                  Troy L. Nunley
                                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23