DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-514-6632 (v) (Koven)
202-514-6056 (v) (Attaran)
202-307-0054 (f)
cassondra.l.koven@usdoj.gov
Khashayar.Attaran@usdoj.gov
western.taxcivil@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ISMAEL BARRON and ISMAEL BARRON AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMA BARRON, DECEASED,<br><br>　　　Defendants. | Case No. 2:22-cv-361-TLN-AC<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

A.　　The Court is in receipt of the United States' Motion for Leave to File Second Amended Complaint. Considering the Motion, and for good cause shown,

B.　　IT IS HEREBY ORDERED THAT the United States is granted leave to file the proposed Second Amended Complaint attached as Exhibit 1 to its Motion, with the redline formatting removed, within 14 days of this Order.

Date: November 16, 2022

Troy L. Nunley
United States District Judge