DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-514-6632 (v) (Koven)
202-514-6056 (v) (Attaran)
202-307-0054 (f)
cassondra.l.koven@usdoj.gov
Khashayar.Attaran@usdoj.gov
western.taxcivil@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ISMAEL BARRON and ISMAEL BARRON  )<br>AS THE PERSONAL REPRESENTATIVE OF )<br>THE ESTATE OF NORMA BARRON,  )<br>DECEASED,  )<br>)<br>Defendants.  )<br>_____)  | Case No. 2:22-cv-361-TLN-AC<br><br>**[PROPOSED]** **ORDER GRANTING UNITED STATES MOTION TO SEAL DOCUMENTS WITHIN ECF NO. 21.** |

    Before the Court is the United States' Motion to Seal Documents within ECF NO. 21. Upon consideration of the motion, the record herein, and for good cause shown, IT IS GRANTED and HEREBY ORDERED:

1. ECF No. 21-2, 21-3, and 21-5 shall be sealed.
2. The United States shall file properly redacted copies of ECF No. 21-2, 21-3, and 21-5 by 5:00 PM on August 16, 2023.

Dated this 16th day of August, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE